Thomas L. Tisdale
Tisdale Law Offices, LLC
24 West 40th Street, 17th Floor
New York, NY 10018
Tel: (212) 354-0025
Fax: (212) 869-0067

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
Tesoro Inc., a California corporation,

        Plaintiff,

vs.

Formosa Container Line, Inc., a California corporation, and Does 1 through 10, inclusive,

        Defendant.

-------------------------------------------------

Formosa Container Line, Inc., a California corporation,

        Third-Party Plaintiff,

vs.

Pacific International Lines (PTE) Ltd., a foreign corporation and Wan Hai Lines Ltd., a foreign corporation,

        Third-Party Defendants.
-------------------------------------------------X

08-cv-11042-RMB
ECF CASE

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Third-Party Defendants Pacific International Lines (PTE) Ltd. and Wan Hai

Lines Ltd. ("Third-Party Defendants") certify that the following are corporate parents, subsidiaries, or affiliates of the Third-Party Defendants:

NONE.

Dated: New York, NY
      February 9, 2009

PACIFIC INTERNATIONAL LINES (PTE) LTD.
and WAN HAI LINES LTD.

By: *[signature]*
Thomas L. Tisdale (TT 5263)
Lauren C. Davies (LD 1980)
TISDALE LAW OFFICES, LLC
24 West 40th Street, 17th Floor
New York, NY 10018
Tel.: 212.354.0025
Fax: 212.869.0067
ttisdale@tisdale-law.com
ldavies@tisdale-law.com

2

## AFFIRMATION OF SERVICE

I hereby certify that on February 9, 2009, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

_____
Thomas L. Tisdale