UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TESORO, INC.,

                          Plaintiff,

      - against -

FORMOSA CONTAINER LINE, INC., et al.,

                        Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/09

08 Civ. 11042 (RMB) (DFE)

**ORDER OF DISCONTINUANCE**

      Based upon third-party plaintiff Formosa Container Line, Inc.'s letter, dated July 1, 2009, indicating that "Formosa and [Pacific International Lines Ltd.] have reached a settlement agreement and thus jointly request that the conference be cancelled and that a 30-day order be entered to complete the settlement," and it is hereby,

      **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that the Plaintiff or Defendants may apply, on or before August 3, 2009 (noon), by letter showing good cause why this action should be restored to the calendar of the undersigned. The conference scheduled for July 6, 2009 is hereby vacated.

**SO ORDERED.**

Dated: New York, New York
       July 2, 2009

                                                      Richard M. Berman, U.S.D.J.